**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533


Attorney for Defendant
**FRANCISCO J. ORTIZ-PIEDRA**


UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> FRANCISCO J. ORTIZ-PIEDRA ) </br> ) </br> Defendant. ) </br> _____) | **CASE NO. 1:07-CR-00095-OWW** </br> </br> **STIPULATION TO CONTINUE SENTENCING** |

     Defendant, FRANCISCO J. ORTIZ-PIEDRA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KAREN A. ESCOBAR, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, December 15, 2008, at 9:00 a.m. be continued to Tuesday, February 17, 2009 at 9:00 a.m. in the courtroom for the Honorable Oliver W. Wanger, District Judge.

///

///

///

///

///

1 | **IT IS SO STIPULATED**

Respectfully submitted,

Dated: 12-11-08                                                        /s/ Nicholas F. Reyes
                                                                       NICHOLAS F. REYES
                                                                       Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 12-11-08                                                        /s/ Karen A. Escobar
                                                                       KAREN A. ESCOBAR
                                                                       Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   December 12, 2008**                          **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE