1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:   (559) 486-4533
4

5 Attorney for Defendant
**FRANCISCO J. ORTIZ-PIEDRA**
6

7
UNITED STATES DISTRICT COURT
8
EASTERN  DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA | ) | **CASE NO. 1:07-CR-00095-OWW** |
| --- | --- | --- |
| | ) | |
11 | | ) | **STIPULATION TO CONTINUE** |
| Plaintiff, | ) | **SENTENCING** |
12 | | ) | |
| v. | ) | |
13 | | ) | |
| FRANCISCO J. ORTIZ-PIEDRA | ) | |
14 | | ) | |
| Defendant. | ) | |
15 | _____ | ) | |

16
Defendant, FRANCISCO J. ORTIZ-PIEDRA, by and through his counsel of record,
17
NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and
18
through its counsel of record, KAREN A. ESCOBAR, Assistant United States Attorney for
19
the Eastern District of California, hereby stipulate that the sentencing in the above-referenced
20
case currently scheduled for Monday, April 20, 2009, at 9:00 a.m. be continued to
21
Tuesday, May 26, 2009 at 9:00 a.m. in the courtroom for the Honorable Oliver W.
22
Wanger, District Judge.
23
///
24
///
25
///
26
///
27
///
28

**IT IS SO STIPULATED**

                                                Respectfully submitted,

Dated: 04-16-09                      /s/ Nicholas F. Reyes
                                            NICHOLAS F. REYES
                                            Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 04-16-09                      /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                            Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   April 16, 2009**               **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE